UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MICHAEL BERK, #43739-037, | § | |
| Petitioner, | § | |
| | § | |
| v. | § | CIVIL NO. 3:21-CV-952-B-BK |
| | § | |
| K. ZOOK, WARDEN, | § | |
| Respondent. | § | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. Petitioner filed objections, and the District Court has made a *de novo* review of those portions of the proposed findings and recommendation to which objection was made. The objections are overruled, and the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

SO ORDERED this 9th day of June

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE, 2021.